

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Joel Luna,                                        * From the 70th District Court
                                                    of Ector County,
                                                    Trial Court No. A-18-1665-CR.

Vs. No. 11-22-00040-CR                            * March 21, 2024

The State of Texas,                              * Opinion by Trotter, J.
                                                    (Panel consists of: Bailey, C.J.,
                                                    Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.